UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR698 RWS |
| | ) | |
| TIMOTHY A. TROG, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant Timothy Trog's motion to suppress statements [#90].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Mary Ann L. Medler. The government filed responses in opposition to the motion of the defendant. Judge Medler held an evidentiary hearing on May 4, 2009. Thereafter Judge Medler filed her Report and Recommendations regarding the defendant's motions on May 5, 2009. No objection to the Magistrate Judge's recommendation has been filed.

After fully considering the motion and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Judge Medler set forth in support of her recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#96] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Timothy A. Trog's motion to suppress statements [#90] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2009.